## Derrell L. BRINKLEY *v.* STATE of Arkansas

639 S.W.2d 513

Supreme Court of Arkansas
Opinion delivered October 4, 1982

*Arnold, Lavender, Rochelle, Barnette & Franks,* by: *Jerry A. Rochelle,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Asst. Atty. Gen., for appellee.

PER CURIAM. Appellant, Derrell L. Brinkley, by his attorney, has filed for a rule on the clerk.

His attorney, Jerry A. Rochelle, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.